IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MELVIN J. SLUSHER,  )<br>)<br>Defendant.  ) | **FILED**<br>MAR 3 0 2006<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF ILLINOIS<br>EAST ST. LOUIS OFFICE<br><br>CRIMINAL NO. 06-30042 |

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of MELVIN J. SLUSHER, in the United States District Court at East St. Louis, Illinois, on the 18th day of April, 2006, at the hour of 11:00 a.m. and day to day thereafter as may be necessary.

IT IS SO ORDERED.

DATED this 30th day of March, 2006.

*(signature)*
DONALD G. WILKERSON
United States Magistrate Judge